In the Matter of the Petition of Dominick Faour, to Render and Settle His Final Account as Executor, etc., of Daniel J. Faour, Deceased.— We decline to review the action of the learned surrogate in refusing to grant a further adjournment under the circumstances disclosed. The decree as entered was

entirely proper, and it follows that the decree of the Surrogate's Court of Kings county is affirmed, with costs. No opinion. Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ., concur.